AO91 (Rev. 12/03) Criminal Complaint                                       AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**  
vs.

**CRIMINAL COMPLAINT**

Case Number: 7:19-po-07955

Oscar Josue FUNEZ-Cantillano  
IAE  
Honduras 2001

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **July 14, 2019** in **Starr** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Oscar Josue FUNEZ-Cantillano was encountered by Border Patrol Agents near Rio Grande City, Texas on July 14, 2019. When questioned as to his citizenship, defendant stated that he was a citizen and national of Honduras, who had entered the United States illegally on July 14, 2019 by rafting across the Rio Grande River near the Rio Grande City, Texas Port of Entry.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Pena, Julio C. Border Patrol Agent  
Signature of Complainant

Pena, Julio C.   Border Patrol Agent  
Printed Name of Complainant

Sworn to before me and signed in my presence,

July 18, 2019 — 8:33 a.m.                                  at   McAllen, Texas  
Date                                                                                  City/State

Juan F Alanis            Magistrate Judge  
Name of Judge           Title of Judge                     Signature of Judge